1  PETER M. HART (California Bar No. 198691)
   **LAW OFFICES OF PETER M. HART**
2  13952 Bora Bora Way, F-320
   Marina Del Rey, CA 90292
3  Telephone: (310) 478-5789
   Facsimile: (509) 561-6441
4
   KENNETH H. YOON (State Bar No. 198443)
5  **LAW OFFICES OF KENNETH H. YOON**
   One Wilshire Boulevard, Suite 2200
6  Los Angeles, California 90017-3383
   Telephone: (213) 612-0988
7  Facsimile: (213) 947-1211

8  Attorneys for Plaintiff
   Gary Minor and Banipal Shabaz
9

10                     **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY MINOR and BANIPAL SHABAZ, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., a corporation; FEDEX KINKO'S INTERNATIONAL, INC., a corporation; FEDERAL EXPRESS CORPORATION, a corporation; FEDEX KINKO'S, an entity form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 09-01375 TEH<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS FEDEX KINKO'S INTERNATIONAL, INC., FEDERAL EXPRESS CORPORATION AND FEDEX KINKO'S** |

## **ORDER**

Good cause appearing thereon, IT IS HEREBY ORDERED that: Defendants Fedex Kinko's International, Inc., Federal Express Corporation and Fedex Kinko's are dismissed without prejudice from the Complaint;

1
ORDER GRANTING DISMISSAL WITHOUT PREJUDICE
(C 09-01375 BZ)

1   Plaintiffs and Defendants shall bear their own costs and attorneys' fees in
2 connection with this Order.

3

4 Dated:  04/02/09   _____



United States D... ...e
Judge Thelton E. Henderson