# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MINOR and BANIPAL SHABAZ as an individual and on behalf all of others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  C 09-01375 TEH<br><br>[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br><br><br><br><br>**Judge:    Hon. Thelton E. Henderson** |

## ORDER

Good cause hereby appearing, IT IS SO ORDERED.

The Status Conference currently scheduled for November 2, 2009 at 1:30 pm shall be continued to 11/30/09 at 1:30 PM.

Dated:  10/21/09

_____
The Hon. Thelton E. Henderson
U.S. District Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
(C 09-1375 TEH)