PETER M. HART, Esq. (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

KENNETH H. YOON (State Bar No. 198443)
LINDA WHITHEAD (State Bar No. 222799)
MELISSA COYLE (State Bar No. 232775)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

Attorneys for Plaintiffs Minor and Shabaz

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY MINOR and BANIPAL SHABAZ as an individual and on behalf all of others similarly situated,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: C 09-1375 TEH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Judge:**　Hon. Thelton E. Henderson<br>**Ctrm.:**　15 |

1  Plaintiffs Gary Minor and Banipal Shabaz and Defendant FedEx Office
2  and Print Services, Inc. (collectively "Parties") through their respective counsel of
3  record, hereby stipulate and agree as follows:
4  WHEREAS the Parties earlier sought a continuance of the Status
5  Conference previously set to November 2, 2009 to after mediation scheduled for
6  November 16, 2009, which did take place in San Francisco with Mark Rudy;
7  WHEREAS there is currently a Status Conference with the Court for
8  November 30, 2009 at 1:30 pm;
9  WHEREAS Plaintiffs' counsel now has a conflict with the date of the
10 currently scheduled Status Conference;
11 WHEREAS the Parties wish to all be present at the Status Conference to
12 be able to provide the best update on the status of the case.

**The Parties hereby stipulate as follows:**

The currently scheduled Status Conference set for November 30, 2009 be continued to January 4, 2010 at 1:30 pm or as soon thereafter as the Court may allow.

DATED: November 20, 2009          LAW OFFICES OF KENNETH H. YOON


                                  By: _____/S/ Kenneth H. Yoon____
                                       Kenneth H. Yoon, Esq.
                                       Attorney for Plaintiff and the class


DATED: November 20, 2009          OGLETREE, DEAKINS, NASH, SMOAK, &
                                  STEWART, PC


                                  By: _____/S/ Gregory Cheng____
                                       Gregory Cheng, Esq.
                                       Attorney for Defendant

2
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
(C 09-1375 TEH)

**ORDER**

Good cause hereby appearing, IT IS SO ORDERED.

The Status Conference currently scheduled for November 30, 2009 shall be continued to January 11, 2010 at 1:30 PM.

DATED: _____11/24_____, 2009        _____
THE HON. THELTON E. HENDERSON
JUDGE OF THE UNITED STATES DISTRICT
COURT