1  THOMAS M. MCINERNEY, State Bar No. 162055
   tmm@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
   Attorneys for Defendant
7  FEDEX OFFICE AND PRINT SERVICES, INC.

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | GARY MINOR and BANIPAL SHABAZ, as individuals and on behalf of all other similarly situated, | Case No. C 09-1375 TEH
12 | | **DEFENDANT FEDEX OFFICE AND PRINT SERVICES, INC.'S REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE**
13 | Plaintiff, |
14 | v. |
15 | FEDEX OFFICE AND PRINT SERVICES, INC., a corporation; FEDEX KINKO'S INTERNATIONAL, INC., a corporation; FEDERAL EXPRESS CORPORATION, a corporation; FEDEX KINKO'S, an entity form unknown; and does 1 through 50, inclusive | Date:  August 16, 2010<br>Time:  1:30 p.m.<br>Place: 12, 19th Floor<br><br>Complaint Filed: July 6, 2009<br>Judge: Hon. Thelton E. Henderson
16 | |
17 | |
18 | Defendant. |
19

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

8985888_1

Case No. C 09-1375 TEH
DEFENDANT FEDEX OFFICE AND PRINT SERVICES, INC.'S REQUEST
TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE

1  Defendant FedEx Office and Print Services, Inc. hereby requests the Court's permission
2  to appear telephonically at the next scheduled Case Management Conference, dated August 16,
3  2010, at ~~1:30 p.m.~~ 10:00 am.  This request is made pursuant to Judge Henderson's Order granting plaintiffs'
4  Motion for Leave to File First Amended Complaint dated August 6, 2010

7  DATED: August 6, 2010                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

10                                      By: /s/ Gregory C. Cheng
11                                          Thomas M. McInerney
                                            Gregory C. Cheng
12                                      Attorneys for Defendant FEDEX OFFICE AND PRINT SERVICES, INC.



IT IS SO ORDERED
Judge Thelton E. Henderson
08/11/10
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA