UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 26, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FEDEX OFFICE AND PRINT SERVICES, INC., CALIFORNIA WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | MDL No. 2192 |

ORDER DEEMING MOTION MOOT
AND VACATING THE SEPTEMBER 30, 2010, HEARING SESSION

Before the Panel is a motion by defendants FedEx Office and Print Services, Inc., seeking centralization, pursuant to 28 U.S.C. § 1407, of the actions on the attached Schedule A in the Central District of California for coordinated or consolidated pretrial proceedings. The Panel has now been advised that the one Central District of California action on the attached Schedule A has been dismissed, thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 12, 2010, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

| | |
|---|---|
| IN RE: FEDEX OFFICE AND PRINT SERVICES, INC., CALIFORNIA WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | MDL No. 2192 |

## SCHEDULE A

<u>Central District of California</u>

Michael Macias v. Fedex Office & Print Services, Inc., C.A. No. 5:10-1165

<u>Northern District of California</u>

Gary Minor, et al. v. FedEx Office & Print Services, Inc., et al., C.A. No. 3:09-1375