Peter M. Hart (State Bar No. 198691)
hartpeter@msn.com
Kimberly A. Westmoreland (State Bar No. 237919)
kwestmoreland.loph@gmail.com
Melissa Coyle (State Bar No. 232775)
mcoyle.loph@gmail.com
LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, California 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

Eric Honig (State Bar No. 140765)
LAW OFFICE OF ERIC HONIG
P.O. Box 10327
Marina del Rey, California 90295
Telephone: (310) 314-2603
Facsimile: (310) 314-2793
erichonig@aol.com

Kenneth H. Yoon (State Bar No. 198443)
kyoon@yoonlaw.com
Linda Whitehead (State Bar No. 222799)
lwhitehead@yoonlaw.com
LAW OFFICES OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiffs Gary Minor and Banipal Shabaz
(Additional Plaintiffs' Counsel listed on the following page)

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY MINOR and BANIPAL SHABAZ, as individuals and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., a corporation,<br><br>　　　　Defendant. | Case No.: C 09-01375 TEH<br><br>[~~PROPOSED~~] ORDER ON STIPULATION NAMING THE LAW OFFICES OF PETER M. HART AS LEAD COUNSEL |

Additional Plaintiffs' Counsel:

Levik Yarian (State Bar No. 213818)
YARIAN & PATATANYAN, LLP
1511 W. Glenoaks Boulevard
Glendale, California 91202
Telephone: (818) 543-7075
Attorneys for Plaintiffs Narek Eloyan and Shehan Bederian

Michael A. Gould (State Bar No. 151851)
Aarin A. Zeif (State Bar No. 247088)
GOULD & ASSOCIATES
A Professional Law Corporation
17822 East 17th Street, suite 106
Tustin, California 92780
Telephone: (714) 669-2850
Facsimile: (714) 544-0800
Attorneys for Plaintiff Michael Macias

**ORDER**

The Plaintiffs having so stipulated, and GOOD CAUSE APPEARING THEREFOR,

IT IS SO ORDERED that the Court appoints the following Lead Counsel, for all purposes:

Peter M. Hart

Law Offices of Peter M. Hart

13952 Bora Bora Way, F-320

Marina Del Rey, California 90292

Telephone: (310) 478-5789

Facsimile: (509) 561-6441

hartpeter@msn.com

IT IS FURTHER ORDERED that the Law Offices of Peter M. Hart shall have final authority over the following matters on behalf of all plaintiffs in the above-entitled action:

a. Filing the Second Amended Complaint (and any amended complaints thereafter);

b. Convening meetings of counsel;

c. Initiating, responding to, scheduling, briefing, and arguing of all motions;

d. Determining the scope, order and conduct of all discovery proceedings, including but not limited to written discovery, depositions, and disclosures;

e. Assigning all work assignments to other Plaintiffs' Counsel as Lead Counsel deems appropriate;

f. Retaining experts;

g. Designating which attorneys may appear at hearings and conferences with the Court;

h. Conducting settlement negotiations with Defendant; and

i. Other matters concerning the prosecution of or resolution of the above-titled action.

IT IS FURTHER ORDERED that all Plaintiffs' Counsel shall keep contemporaneous time and expense records and shall provide such records upon request to the Law Offices of Peter M. Hart.

IT IS FURTHER ORDERED that the Law Offices of Peter M. Hart is charged with and shall have the authority to designate the handling of administrative matters such as receiving and distributing pleadings, notices, orders, motions, discovery papers, and briefs, and advising parties of developments in the action.

IT IS FURTHER ORDERED that the Law Offices of Peter M. Hart shall have exclusive authority to communicate with Defendant's counsel and the Court on behalf of the putative Class. Defendant's counsel may rely on all agreements made with the Law Offices of Peter M. Hart, and such agreements shall be binding.

IT IS FURTHER ORDERED that the Law Offices of Peter M. Hart shall coordinate activities of Plaintiffs' Counsel to avoid duplication and inefficiency in the filing, serving and/or implementation of pleadings, other court papers, discovery papers, and discovery practice.

**IT IS SO ORDERED.**

Dated: 10/13/10



Judge Thelton E. Henderson

4

[PROPOSED] ORDER ON STIPULATION NAMING THE LAW OFFICES OF PETER M. HART AS LEAD COUNSEL
CASE NO. C 09-01375 TEH