IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY MINOR, et al.,

                Plaintiffs,

     v.

FEDEX OFFICE AND PRINT SERVICES, INC.,

                Defendant.

NO. C09-1375 TEH

ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

    Defendant does not oppose Plaintiffs' motion for leave to file a second amended complaint. In light of this non-opposition, the December 13, 2010 motion hearing is VACATED, and Plaintiffs' motion is GRANTED. Plaintiffs shall file their second amended complaint on or before **November 29, 2010.**

**IT IS SO ORDERED.**

Dated: 11/22/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT