PETER M. HART (State Bar No. 198691)
hartpeter@msn.com
KIMBERLY A. WESTMORELAND (State Bar No. 237919)
kwestmoreland.loph@gmail.com
AMBER S. HEALY (State Bar No. 232730)
ahealy.loph@gmail.com
**LAW OFFICES OF PETER M. HART**
12121 Wilshire Blvd., Suite 205
Los Angeles, CA 90025
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

Attorneys for Plaintiffs
(Additional Plaintiffs' Counsel listed on following page)

Thomas M. McInerney (State Bar No. 162055)
Gregory C. Cheng (State Bar No. 226865)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone: (415) 442-4810
Facsimile: (415) 442-4870

Attorneys for Defendants
FEDEX OFFICE AND PRINT SERVICES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MINOR and BANIPAL SHABAZ as an individual and on behalf all of others similarly situated,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: C 09-1375 TEH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge:　Hon. Thelton E. Henderson<br>Ctrm.:　15 |

Additional Plaintiffs' Counsel:

KENNETH H. YOON (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211 facsimile
kyoon@yoon-law.com

Eric Honig (State Bar No. 140765)
LAW OFFICE OF ERIC HONIG
P.O. Box 10327
Marina del Rey, California 90295
Telephone: (310) 314-2603
Facsimile: (310) 314-2793
erichonig@aol.com

Levik Yarian (State Bar No. 213818)
YARIAN & PATATANYAN, LLP
1511 W. Glenoaks Boulevard
Glendale, California 91202
Telephone: (818) 543-7075

Michael A. Gould (State Bar No. 151851)
Aarin A. Zeif (State Bar No. 247088)
GOULD & ASSOCIATES
A Professional Law Corporation
17822 East 17th Street, suite 106
Tustin, California 92780
Telephone: (714) 669-2850
Facsimile: (714) 544-0800

Plaintiffs and Defendant FedEx Office and Print Services, Inc. (collectively "Parties") through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS there is currently a Status Conference with the Court for November 14, 2011 at 2:30 pm;

WHEREAS the Parties have discussed private mediation of this matter using mediator Michael Dickstein;

WHEREAS the Parties have discussed mediating this matter on December 12, 2011 and have reserved that date with the mediator;

WHEREAS the Parties believe it in the best interest of conserving the resources of the Parties and of conserving the resources of the Court to continue the status conference with the Court until after mediation is complete at which time the Parties believe that they could provide the best update on the status of the case.

**The Parties hereby stipulate as follows:**

The currently scheduled Status Conference set for November 14, 2011 be continued to December 19, 2011 at 1:30 p.m. or as soon thereafter as the Court may allow.

DATED: November 7, 2011          LAW OFFICES OF PETER M. HART

By:   __/s/ Peter M. Hart_____
      PETER M. HART
      Attorney for Plaintiffs and the putative class

DATED: November 7, 2011          OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, PC

By:   __/s/ Gregory Cheng_____
      Thomas McInerney
      Gregory Cheng
      Attorney for Defendant

1
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
(C 09-1375 TEH)

**ORDER**

Good cause hereby appearing, IT IS SO ORDERED.

The Status Conference currently scheduled for November 14, 2011, shall be continued to December 19, 2011 at 1:30 p.m.

DATED: _____11/8_____, 2011

_____
THE HONORABLE THELTON E. HENDERSON
JUDGE, UNITED STATES DISTRICT COURT

2
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
(C 09-1375 TEH)