1   PETER M. HART (State Bar No. 198691)
    hartpeter@msn.com
2   KIMBERLY A. WESTMORELAND (State Bar No. 237919)
    kwestmoreland.loph@gmail.com
3   AMBER S. HEALY (State Bar No. 232730)
    ahealy.loph@gmail.com
4   **LAW OFFICES OF PETER M. HART**
    12121 Wilshire Blvd, Suite 205
5   Los Angeles, California 90025
    Telephone: (310) 478-5789
6   Facsimile: (509) 561-6441

7   Attorneys for Plaintiffs Gary Minor and Banipal Shabaz,
    Narek Eloyan, Shehan Bederian, Michael Macias
8
    *Additional Plaintiffs' counsels are listed on the following page
9

10  THOMAS MCINERNEY (State Bar No. 162055)
    tmm@ogletreedeakins.com
11  GREGORY CHENG (State Bar No. 226865)
    gregory.cheng@ogletreedeakins.com
12  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
    Steuart Tower, Suite 1300, One Market Plaza
13  San Francisco, California 94105
    Telephone:    (415) 442-4810
14  Facsimile:    (415) 442-4870

15  Attorneys for Defendant

16              **UNITED STATES DISTRICT COURT**

17           **NORTHERN DISTRICT OF CALIFORNIA**

18  GARY MINOR and BANIPAL SHABAZ, as        CASE NO. C 09-01375 TEH
    individuals and on behalf of all others similarly
19  situated,
                                             **JOINT STIPULATION AND [PROPOSED]**
20              Plaintiffs,                   **ORDER TO CONTINUE CASE**
            vs.                              **MANAGEMENT CONFERENCE**
21
    FEDEX OFFICE AND PRINT SERVICES,         Date:        December 19, 2011
22  INC., a corporation,                     Time:        1:30 pm
                                             Ctrm.:       12
23              Defendant.

24

25

26

27

28

1 | **ADDITIONAL PLAINTIFFS' COUNSEL:**

2 | ERIC HONIG (State Bar No. 140765)
LAW OFFICE OF ERIC HONIG

3 | P.O. Box 10327
Marina del Rey, California 90295

4 | Telephone:  (310) 314-2603
Facsimile:  (310) 314-2793

5 | erichonig@aol.com

6 | KENNETH H. YOON (State Bar No. 198443)
kyoon@yoon-law.com

7 | LAW OFFICES OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200

8 | Los Angeles, California 90017
Telephone: (213) 612-0988

9 | Facsimile: (213) 947-1211

10 | Levik Yarian (State Bar No. 213818)
lyarian@ypllp.com

11 | Allen Patatanyan (State Bar No. 210586)
apatatanyan@ypllp.com

12 | YARIAN & PATATANYAN, LLP
1511 W. Glenoaks Boulevard

13 | Glendale, California 91202
Telephone:  (818) 543-7075

14 | Facsimile:  (818) 543-3271

15 | Michael Gould (State Bar No. 151851)
michael@wageandhourlaw.com

16 | Aarin A. Zeif (State Bar No. 247088)
aarin@wageandhourlaw.com

17 | GOULD & ASSOCIATES
17822 East 17th Street, Suite 106

18 | Tustin, California  92780
Telephone:  (714) 669-2850

19 | Facsimile:  (714) 544-0800

20 | Attorneys for Plaintiffs Gary Minor, Banipal
Shabaz, Narek Eloyan, Shehan Bederian,

21 | and Michael Macias

22 |

23 |

24 |

25 |

26 |

27 |

28 |

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (C 09-
01375 TEH)

1

**STIPULATION**

2      Plaintiffs Gary Minor, Banipal Shabaz, Narek Eloyan, Shehan Bederian and Michael

3   Macias (collectively "Plaintiffs") and Defendant FedEx Office and Print Services, Inc. ("Defendant")

4   (collectively "the Parties"), stipulate and agree as follows:

5      **WHEREAS**, on December 12, 2011 the Parties participated in a full-day mediation

6   session with private mediator Michael Dickstein ("the Mediation");

7      **WHEREAS**, the Parties are continuing their discussions related to the Mediation and

8   there is December 22, 2011 deadline for acceptance of a Settlement Proposal;

9      **WHEREAS**, this case is currently scheduled for a Case Management Conference on

10   December 19, 2011 ("the Case Management Conference");

11      **WHEREAS**, the Parties, accordingly, believe it would conserve judicial resources and

12   promote efficiency to continue the Case Management Conference a short period to enable the Parties

13   the time to determine whether the mediation was successful or not and then best advise the Court of

14   the status of the case;

15      **WHEREAS**, the Court's Clerk has confirmed that the Court's next available date for a

16   Case Management Conference is January 30, 2012 at 1:30 p.m.;

17      **IT IS HEREBY STIPULATED** by the Parties herein, through their counsel of record,

18   as follows:

19      The Case Management Conference shall be continued to January 30, 2012 at 1:30 p.m.,

20   or a date soon after according to the Court's availability.

21      The Parties will file a Joint Case Management Statement 7 days before the new Case

22   Management Conference.

23   DATED:      December 13, 2011            LAW OFFICES OF PETER M. HART

24

25                              By:      _____/s/_____

26                                   Kimberly A. Westmoreland
                                    Attorney for Plaintiffs

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (C 09-
01375 TEH)

1    DATED:      December 13, 2011            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:         /s/

Thomas McInerney
Gregory C. Cheng
Attorneys for Defendant FEDEX OFFICE AND PRINT SERVICES, INC

**[~~PROPOSED~~] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The Case Management Conference is continued to January 30, 2012, at 1:30 pm. The parties shall file a joint case management conference statement on or before January 23, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:      12/13/2011

Hon. Th_____
Judge, U_____

Judge Thelton E. Henderson

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (C 09-01375 TEH)