1  PETER M. HART (State Bar No. 198691)
   hartpeter@msn.com
2  KIMBERLY A. WESTMORELAND (State Bar No. 237919)
   kwestmoreland.loph@gmail.com
3  AMBER S. HEALY (State Bar No. 232730)
   ahealy.loph@gmail.com
4  **LAW OFFICES OF PETER M. HART**
   12121 Wilshire Blvd, Suite 205
5  Los Angeles, California 90025
   Telephone: (310) 478-5789
6  Facsimile: (509) 561-6441

7  Attorneys for Plaintiffs Gary Minor and Banipal Shabaz,
   Narek Eloyan, Shehan Bederian, Michael Macias
8
   *Additional Plaintiffs' counsels are listed on the following page
9

10 THOMAS MCINERNEY (State Bar No. 162055)
   tmm@ogletreedeakins.com
11 GREGORY CHENG (State Bar No. 226865)
   gregory.cheng@ogletreedeakins.com
12 **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
   Steuart Tower, Suite 1300, One Market Plaza
13 San Francisco, California 94105
   Telephone:   (415) 442-4810
14 Facsimile:   (415) 442-4870

15 Attorneys for Defendant

16                **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18  GARY MINOR and BANIPAL SHABAZ, as individuals and on behalf of all others similarly<br>19  situated,<br>20           Plaintiffs,<br>21           vs.<br>22  FEDEX OFFICE AND PRINT SERVICES, INC., a corporation,<br>23           Defendant. | CASE NO. C 09-01375 TEH<br><br>**JOINT STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE**<br><br>Date:    January 30, 2012<br>Time:    1:30 pm<br>Ctrm.:   12 |

1 | **ADDITIONAL PLAINTIFFS' COUNSEL:**

2 | ERIC HONIG (State Bar No. 140765)
LAW OFFICE OF ERIC HONIG
3 | P.O. Box 10327
Marina del Rey, California 90295
4 | Telephone:  (310) 314-2603
Facsimile:  (310) 314-2793
5 | erichonig@aol.com

6 | KENNETH H. YOON (State Bar No. 198443)
kyoon@yoon-law.com
7 | LAW OFFICES OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
8 | Los Angeles, California 90017
Telephone: (213) 612-0988
9 | Facsimile: (213) 947-1211

10 | Levik Yarian (State Bar No. 213818)
lyarian@ypllp.com
11 | Allen Patatanyan (State Bar No. 210586)
apatatanyan@ypllp.com
12 | YARIAN & PATATANYAN, LLP
1511 W. Glenoaks Boulevard
13 | Glendale, California 91202
Telephone:  (818) 543-7075
14 | Facsimile:  (818) 543-3271

15 | Michael Gould (State Bar No. 151851)
michael@wageandhourlaw.com
16 | Aarin A. Zeif (State Bar No. 247088)
aarin@wageandhourlaw.com
17 | GOULD & ASSOCIATES
17822 East 17th Street, Suite 106
18 | Tustin, California  92780
Telephone:  (714) 669-2850
19 | Facsimile:  (714) 544-0800

20 | Attorneys for Plaintiffs Gary Minor, Banipal Shabaz, Narek Eloyan, Shehan Bederian, and Michael Macias

21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

2
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (C 09-01375 TEH)

**STIPULATION**

Plaintiffs Gary Minor, Banipal Shabaz, Narek Eloyan, Shehan Bederian and Michael Macias (collectively "Plaintiffs") and Defendant FedEx Office and Print Services, Inc. ("Defendant") (collectively "the Parties"), stipulate and agree as follows:

**WHEREAS**, on December 12, 2011 the Parties participated in a full-day mediation session with private mediator Michael Dickstein in San Francisco;

**WHEREAS**, the Parties have engaged in substantive post-mediation discussions and are using mediator Michael Dickstein in ongoing discussions related to the recent mediation and the settlement positions of the Parties;

**WHEREAS**, this case is currently scheduled for a Case Management Conference on January 30, 2012 ("the Case Management Conference");

**WHEREAS**, the Parties previously requested and were granted a brief extension of the Case Management Conference to allow for settlement discussions to take place including the December 12, 2011 mediation, the Parties request another brief extension for issues relating to ongoing post-mediation settlement discussions;

**WHEREAS**, the Parties, accordingly, believe it would conserve judicial resources and promote efficiency to continue the Case Management Conference a short period to enable the Parties additional time to contine the post-mediation discussions relating to resolution in the hopes of being able to best advise the Court of the status of the case, particularly of the status of issues relating to the resolution of this case;

**WHEREAS**, the Court's Clerk has confirmed that the Court is available for a Case Management Conference on April 16, 2012 at 1:30 p.m.;

**WHEREAS**, there is no trial date set for this case;

**IT IS HEREBY STIPULATED** by the Parties herein, through their counsel of record, as follows:

The Case Management Conference shall be continued to April 16, 2012 at 1:30 p.m., or a date soon after according to the Court's availability.

///

The Parties will file a Joint Case Management Statement 7 days before the new Case Management Conference.

DATED:   January 23, 2012            LAW OFFICES OF PETER M. HART

By: _____/s/_____
Kimberly A. Westmoreland
Attorney for Plaintiffs

DATED:   January 23, 2012            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____/s/_____
Thomas McInerney
Gregory C. Cheng
Attorneys for Defendant FEDEX OFFICE AND PRINT SERVICES, INC

[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The Case Management Conference is continued to April 16, 2012, at 1:30 pm ~~on _____, at 1:30 p.m.~~

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   1/24/2012   _____   _____
Hon. Thelton E. Henderson
Judge, United States District Court

*Judge Thelton E. Henderson*

4
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (C 09-01375 TEH)