1   PETER M. HART (State Bar No. 198691)
    hartpeter@msn.com
2   AMBER S. HEALY (State Bar No. 232730)
    ahealy.loph@gmail.com
3   **LAW OFFICES OF PETER M. HART**
    12121 Wilshire Blvd, Suite 205
4   Los Angeles, California 90025
    Telephone: (310) 478-5789
5   Facsimile: (509) 561-6441

6   Attorneys for Plaintiffs Gary Minor and Banipal Shabaz,
    Narek Eloyan, Shehan Bederian, Michael Macias
7
    *Additional Plaintiffs' counsels are listed on the following page
8

9   THOMAS MCINERNEY (State Bar No. 162055)
    tmm@ogletreedeakins.com
10  GREGORY CHENG (State Bar No. 226865)
    gregory.cheng@ogletreedeakins.com
11  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
    Steuart Tower, Suite 1300, One Market Plaza
12  San Francisco, California 94105
    Telephone:    (415) 442-4810
13  Facsimile:    (415) 442-4870

14  Attorneys for Defendant

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17  GARY MINOR and BANIPAL SHABAZ, as        CASE NO. C 09-01375 TEH
    individuals and on behalf of all others similarly
18  situated,

19                  Plaintiffs,            **NOTICE OF SETTLEMENT; JOINT
                                           STIPULATION AND [**PROPOSED**] ORDER
                vs.                        TO VACATE CASE MANAGEMENT
20                                         CONFERENCE AND SET DEADLINE FOR
    FEDEX OFFICE AND PRINT SERVICES,       PLAINTIFFS' FILING FOR PRELIMINARY
21  INC., a corporation,                   APPROVAL OF CLASS ACTION
                                           SETTLEMENT**
22                  Defendant.

23

24

25

26

27

28

**ADDITIONAL PLAINTIFFS' COUNSEL:**

ERIC HONIG (State Bar No. 140765)
LAW OFFICE OF ERIC HONIG
P.O. Box 10327
Marina del Rey, California 90295
Telephone:  (310) 314-2603
Facsimile:  (310) 314-2793
erichonig@aol.com

KENNETH H. YOON (State Bar No. 198443)
kyoon@yoon-law.com
LAW OFFICES OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Levik Yarian (State Bar No. 213818)
lyarian@ypllp.com
Allen Patatanyan (State Bar No. 210586)
apatatanyan@ypllp.com
YARIAN & PATATANYAN, LLP
1511 W. Glenoaks Boulevard
Glendale, California 91202
Telephone:  (818) 543-7075
Facsimile:  (818) 543-3271

Michael Gould (State Bar No. 151851)
michael@wageandhourlaw.com
Aarin A. Zeif (State Bar No. 247088)
aarin@wageandhourlaw.com
GOULD & ASSOCIATES
17822 East 17th Street, Suite 106
Tustin, California  92780
Telephone:  (714) 669-2850
Facsimile:  (714) 544-0800

Attorneys for Plaintiffs Gary Minor, Banipal Shabaz, Narek Eloyan, Shehan Bederian, and Michael Macias

## STIPULATION

Plaintiffs Gary Minor, Banipal Shabaz, Narek Eloyan, Shehan Bederian and Michael Macias (collectively "Plaintiffs") and Defendant FedEx Office and Print Services, Inc. ("Defendant") (collectively "the Parties"), stipulate and agree as follows:

**WHEREAS**, on December 12, 2011 the Parties had a full day mediation session with private mediator Michael Dickstein, Esq. in San Francisco, California, at which the Parties were not able to settle the case but agreed to continue settlement discussions;

**WHEREAS**, the Parties since the last mediation session continued settlement discussions through mediator Dickstein as well as through direct discussions;

**WHEREAS**, on April 11, 2012, the Parties reached a settlement in principle in this matter based on the general terms discussed at the mediation and based on further discussions and proposals made by the Parties and by mediator Dickstein and have executed a binding Memorandum of Understanding resolving this matter on a class-wide basis;

**WHEREAS**, this case currently is scheduled for a Case Management Conference on April 16, 2012 ("the Case Management Conference");

**WHEREAS**, the Parties previously requested and were granted an extension of the Case Management Conference to allow for settlement discussions to take place including the December 12, 2011 mediation, which has now resulted in the settlement of this matter;

**WHEREAS**, the Parties, accordingly, believe it would conserve judicial resources and promote efficiency to vacate the Case Management Conference in light of the resolution of this case;

**WHEREAS**, the Parties have agreed that Plaintiffs' Motion for Preliminary Approval Class Action Settlement shall be filed on or before August 1, 2012, and shall be set for hearing in accord with the Local Rules and based on the availability of the Court;

**WHEREAS**, there is no trial date set for this case;

//
//
//
//

NOTICE OF SETTLEMENT; JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE AND SET DATES (C 09-01375 TEH)

1    **IT IS HEREBY STIPULATED** by the Parties herein, through their counsel of record,

2    as follows:

3    The Case Management Conference shall be vacated and Plaintiffs' Motion for

4    Preliminary Approval of Class Action Settlement shall be filed on or before August 1, 2012.

5

6    DATED:    April 12, 2012              LAW OFFICES OF PETER M. HART

7

8    By:  /s/ Amber S. Healy
     Peter M. Hart

9    Amber S. Healy
     Attorney for Plaintiffs

10

11   DATED:    April 12, 2012              OGLETREE, DEAKINS, NASH, SMOAK &
                                          STEWART, P.C.

12

13   By:  /s/ Thomas McInerney

14   Thomas McInerney
     Gregory C. Cheng

15   Attorneys for Defendant FEDEX OFFICE AND
     PRINT SERVICES, INC

16

17   **[~~PROPOSED~~] ORDER**

18

19

20   The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT

21   IS HEREBY ORDERED that:

22   The Case Management Conference set for April 16, 2012, at 1:30 p.m. is VACATED.

23   Plaintiffs' shall file their Motion for Preliminary Approval for Class Action Settlement

24   on or before August 1, 2012.

25

26

27   DATED:     04/16/2012                _____
                                          Hon. [Illegible]

28   Judge U[illegible]

NOTICE OF SETTLEMENT; JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE CASE
MANAGEMENT CONFERENCE AND SET DATES (C 09-01375 TEH)