1 | PETER M. HART (State Bar No. 198691)
hartpeter@msn.com
2 | AMBER S. HEALY (State Bar No. 232730)
ahealy.loph@gmail.com
3 | **LAW OFFICES OF PETER M. HART**
12121 Wilshire Blvd, Suite 205
4 | Los Angeles, California 90025
Telephone: (310) 478-5789
5 | Facsimile: (509) 561-6441

6 | Attorneys for Plaintiffs Gary Minor and Banipal Shabaz,
Narek Eloyan, Shehan Bederian, Michael Macias
7 |
*Additional Plaintiffs' counsels are listed on the following page
8 |

9 | THOMAS MCINERNEY (State Bar No. 162055)
tmm@ogletreedeakins.com
10 | GREGORY CHENG (State Bar No. 226865)
gregory.cheng@ogletreedeakins.com
11 | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Steuart Tower, Suite 1300, One Market Plaza
12 | San Francisco, California 94105
Telephone:    (415) 442-4810
13 | Facsimile:      (415) 442-4870

14 | Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY MINOR and BANIPAL SHABAZ, as individuals and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., a corporation,<br><br>　　　　　Defendant. | CASE NO. C 09-01375 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEADLINE FOR PLAINTIFFS' TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**ADDITIONAL PLAINTIFFS' COUNSEL:**

ERIC HONIG (State Bar No. 140765)
LAW OFFICE OF ERIC HONIG
P.O. Box 10327
Marina del Rey, California 90295
Telephone: (310) 314-2603
Facsimile: (310) 943-2220
erichonig@aol.com

KENNETH H. YOON (State Bar No. 198443)
kyoon@yoon-law.com
LAW OFFICES OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Levik Yarian (State Bar No. 213818)
lyarian@ypllp.com
Allen Patatanyan (State Bar No. 210586)
apatatanyan@ypllp.com
YARIAN & PATATANYAN, LLP
1511 W. Glenoaks Boulevard
Glendale, California 91202
Telephone: (818) 543-7075
Facsimile: (818) 543-3271

Michael Gould (State Bar No. 151851)
michael@wageandhourlaw.com
Aarin A. Zeif (State Bar No. 247088)
aarin@wageandhourlaw.com
GOULD & ASSOCIATES
17822 East 17th Street, Suite 106
Tustin, California 92780
Telephone: (714) 669-2850
Facsimile: (714) 544-0800

Attorneys for Plaintiffs Gary Minor, Banipal Shabaz, Narek Eloyan, Shehan Bederian, and Michael Macias

**STIPULATION**

Plaintiffs Gary Minor, Banipal Shabaz, Narek Eloyan, Shehan Bederian and Michael Macias (collectively "Plaintiffs") and Defendant FedEx Office and Print Services, Inc. ("Defendant") (collectively "the Parties"), stipulate and agree as follows:

**WHEREAS**, on April 12, 2012 the Parties filed a Joint Stipulation notifying the Court of the Settlement of this action and advised the Court that Plaintiffs' would file their Motion for Preliminary Approval of Class Action Settlement on or before August 1, 2012;

**WHEREAS**, on April 16, 2012 the Court entered an Order indicating that Plaintiffs' Motion for Preliminary Approval should be filed on or before August 1, 2012 in accord with the April 12, 2012 Stipulation;

**WHEREAS**, the Parties have been working on the terms of the long form settlement agreement but require additional time to work through several issues and to file the Motion for Preliminary Approval of the Class Action Settlement;

**IT IS HEREBY STIPULATED** by the Parties herein, through their counsel of record, as follows:

The deadline for Plaintiffs' to file their Motion for Preliminary Approval of Class Action Settlement shall be continued from August 1, 2012 to August 22, 2012.

DATED:   August 1, 2012            LAW OFFICES OF PETER M. HART

By:  /s/ Amber S. Healy_____
Peter M. Hart
Amber S. Healy
Attorney for Plaintiffs

DATED:   August 1, 2012            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Gregory C. Cheng_____
Thomas McInerney
Gregory C. Cheng
Attorneys for Defendant FEDEX OFFICE AND PRINT SERVICES, INC

**[~~PROPOSED~~] ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The deadline for Plaintiffs' to file their Motion for Preliminary Approval of Class Action Settlement shall be continued from August 1, 2012 to August 22, 2012.

DATED:  08/02/2012



Hon. Thelton E. Henderson
Judge, United States District Court