1  PETER M. HART (State Bar No. 198691)
   hartpeter@msn.com
2  AMBER S. HEALY (State Bar No. 232730)
   ahealy.loph@gmail.com
3  **LAW OFFICES OF PETER M. HART**
   12121 Wilshire Blvd, Suite 205
4  Los Angeles, California 90025
   Telephone: (310) 478-5789
5  Facsimile: (509) 561-6441

6  Attorneys for Plaintiffs Gary Minor and Banipal Shabaz,
   Narek Eloyan, Shehan Bederian, Michael Macias
7
   *Additional Plaintiffs' counsels are listed on the following page
8

9  THOMAS MCINERNEY (State Bar No. 162055)
   tmm@ogletreedeakins.com
10 GREGORY CHENG (State Bar No. 226865)
   gregory.cheng@ogletreedeakins.com
11 **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
   Steuart Tower, Suite 1300, One Market Plaza
12 San Francisco, California 94105
   Telephone:    (415) 442-4810
13 Facsimile:    (415) 442-4870

14 Attorneys for Defendant

15                  **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17  GARY MINOR and BANIPAL SHABAZ, as individuals and on behalf of all others similarly situated,<br>18<br>19           Plaintiffs,<br>         vs.<br>20<br>21  FEDEX OFFICE AND PRINT SERVICES, INC., a corporation,<br>22           Defendant. | CASE NO. C 09-01375 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR PLAINTIFFS' TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>IS SO ORDERED AS MODIFIED |

23
24
25
26
27
28

1 | **ADDITIONAL PLAINTIFFS' COUNSEL:**

2 | ERIC HONIG (State Bar No. 140765)
LAW OFFICE OF ERIC HONIG
3 | P.O. Box 10327
Marina del Rey, California 90295
4 | Telephone: (310) 314-2603
Facsimile: (310) 943-2220
5 | erichonig@aol.com

6 | KENNETH H. YOON (State Bar No. 198443)
kyoon@yoon-law.com
7 | LAW OFFICES OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
8 | Los Angeles, California 90017
Telephone: (213) 612-0988
9 | Facsimile: (213) 947-1211

10 | Levik Yarian (State Bar No. 213818)
lyarian@ypllp.com
11 | Allen Patatanyan (State Bar No. 210586)
apatatanyan@ypllp.com
12 | YARIAN & PATATANYAN, LLP
1511 W. Glenoaks Boulevard
13 | Glendale, California 91202
Telephone: (818) 543-7075
14 | Facsimile: (818) 543-3271

15 | Michael Gould (State Bar No. 151851)
michael@wageandhourlaw.com
16 | Aarin A. Zeif (State Bar No. 247088)
aarin@wageandhourlaw.com
17 | GOULD & ASSOCIATES
17822 East 17th Street, Suite 106
18 | Tustin, California 92780
Telephone: (714) 669-2850
19 | Facsimile: (714) 544-0800

20 | Attorneys for Plaintiffs Gary Minor, Banipal Shabaz, Narek Eloyan, Shehan Bederian,
21 | and Michael Macias

22

23

24

25

26

27

28

## STIPULATION

Plaintiffs Gary Minor, Banipal Shabaz, Narek Eloyan, Shehan Bederian and Michael Macias (collectively "Plaintiffs") and Defendant FedEx Office and Print Services, Inc. ("Defendant") (collectively "the Parties"), stipulate and agree as follows:

**WHEREAS**, on April 12, 2012 the Parties filed a Joint Stipulation notifying the Court of the Settlement of this action and advised the Court that Plaintiffs' would file their Motion for Preliminary Approval of Class Action Settlement on or before August 1, 2012;

**WHEREAS**, on April 16, 2012 the Court entered an Order indicating that Plaintiffs' Motion for Preliminary Approval should be filed on or before August 1, 2012 in accord with the April 12, 2012 Stipulation;

**WHEREAS**, on August 1, 2012 the Parties filed a Joint Stipulation seeking an Order to Continue the Deadline for Plaintiffs to file their Motion for Preliminary Approval from August 1, 2012 to August 22, 2012;

**WHEREAS**, on August 2, 2012 the Court entered an Order grating the Parties Stipulation and entered an Order indicating that Plaintiffs' Motion for Preliminary Approval should be filed on or before August 22, 2012;

**WHEREAS**, the Parties have been actively working on the terms of the long form settlement agreement and have been successfully narrowing issues but require some additional time to work through the remaining issues and to file the Motion for Preliminary Approval of the Class Action Settlement;

**IT IS HEREBY STIPULATED** by the Parties herein, through their counsel of record, as follows:

The deadline for Plaintiffs' to file their Motion for Preliminary Approval of Class Action Settlement shall be continued from August 22, 2012 to September 14, 2012.

DATED:   August 21, 2012          LAW OFFICES OF PETER M. HART

                                  By:  /s/ Amber S. Healy_____
                                       Peter M. Hart
                                       Amber S. Healy
                                       Attorney for Plaintiffs

1  DATED:      August 21, 2012              OGLETREE, DEAKINS, NASH, SMOAK &
2                                           STEWART, P.C.
3                                           By:  /s/ Gregory C. Cheng
                                                 Thomas McInerney
4                                                Gregory C. Cheng
                                                 Attorneys for Defendant FEDEX OFFICE
5                                                AND PRINT SERVICES, INC

# [~~PROPOSED~~] ORDER

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The deadline for Plaintiffs' to file their Motion for Preliminary Approval of Class Action Settlement shall be continued from August 22, 2012 to September 28, 2012.

*No further Continuances shall be granted.*

DATED: 08/22/2012

Hon. Thelton E. Henderson
Judge, United States District Court

---

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR PLAINTIFFS' TO FILE
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (C 09-01375 TEH)