IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY MINOR, et al.,

                Plaintiffs,

v.

FEDEX OFFICE AND PRINT SERVICES, INC., et al,

                Defendants.

NO. C09-1375 TEH

ORDER GRANTING DEFENDANTS' MOTION FOR A STATUS CONFERENCE

      In their request for a status conference, Defendants state that they have not signed the Stipulation of Class Action Settlement (the "agreement") attached to Plaintiffs' Motion for Preliminary Approval of Class Action Settlement because named plaintiffs Gary Minor and Banipal Shabaz have not signed the agreement. Plaintiffs respond that Minor and Shabaz need not sign the agreement, particularly in light of the fact that three other potential class representatives have signed it.

      It appearing to the Court that there has not, in fact, been a settlement in this case, Defendants' motion for a status conference is GRANTED, and the preliminary approval hearing is VACATED. The status conference shall be held on **November 5, 2012** at 10:00 a.m. in Courtroom 2, 17th Floor, San Francisco.

      IT IS FURTHER ORDERED that the parties shall file a joint supplemental brief setting out their positions, agreed to or disputed, on or before **October 24, 2012.**

**IT IS SO ORDERED.**

Dated: 10/18/2012

                              THELTON E. HENDERSON, JUDGE
                              UNITED STATES DISTRICT COURT