1  PETER M. HART (State Bar No. 198691)
   hartpeter@msn.com
2  AMBER S. HEALY (State Bar No. 232730)
   ahealy.loph@gmail.com
3  **LAW OFFICES OF PETER M. HART**
   12121 Wilshire Blvd, Suite 205
4  Los Angeles, California 90025
   Telephone: (310) 478-5789
5  Facsimile: (509) 561-6441

6  Attorneys for Plaintiffs Gary Minor and Banipal Shabaz,
   Narek Eloyan, Shehan Bederian, Michael Macias
7
   *Additional Plaintiffs' counsel are listed on the following page
8
   THOMAS MCINERNEY (State Bar No. 162055)
9  tmm@ogletreedeakins.com
   GREGORY CHENG (State Bar No. 226865)
10 gregory.cheng@ogletreedeakins.com
   **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
11 Steuart Tower, Suite 1300, One Market Plaza
   San Francisco, California 94105
12 Telephone:    (415) 442-4810
   Facsimile:    (415) 442-4870
13
   Attorneys for Defendant
14 FEDEX OFFICE AND PRINT SERVICES, INC.

15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18  GARY MINOR and BANIPAL SHABAZ, as individuals and on behalf of all others similarly situated, | CASE NO. C 09-01375 TEH |
| 19 | |
| 20           Plaintiffs, | **AMENDED JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CLASS ACTION SETTLEMENT PRELIMINARY APPROVAL ORDER** |
| 21       vs. | |
| 22  FEDEX OFFICE AND PRINT SERVICES, INC., a corporation, | |
| 23           Defendant. | |

24

25

26

27

28

1
AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CLASS ACTION
SETTLEMENT PRELIMINARY APPROVAL ORDER (3:09-CV-01375-TEH)

1   Plaintiffs Gary Minor and Banipal Shabaz and Defendant FedEx Office and Print Services, Inc.
2   (collectively "Parties") through their respective counsel of record, hereby stipulate and agree as
3   follows:
4   WHEREAS on February 8, 2013, this Court issued an Order granting Plaintiffs' Motion for
5   Preliminary Approval of Class Action Settlement ("Preliminary Approval Order") of the above-
6   referenced action;
7   WHEREAS in the Preliminary Approval Order, the Court ordered that Defendant provide the
8   Claims Administrator with the name, last known address, last known telephone number, and start and
9   end dates of employment for each Class Member within 20 days of the Preliminary Approval Order,
10  which was on or before March 11, 2013;
11  WHEREAS, Defendant provided that information to the Claims Administrator on or before
12  March 11, 2013;
13  WHEREAS, the Court further ordered the dissemination of the Notice Packet to each Class
14  Member by first class United States mail to be completed no later than 10 business days after receipt
15  of the above-specified information from Defendant, which is on March 25, 2013;
16  WHEREAS, the Parties need a two-week continuance of the Notice Packet dissemination
17  deadline because Defendant is still waiting for further data from a third-party vendor in order to
18  accurately calculate the number of workweeks for each Class Member, and the Claims Administrator
19  needs the information to calculate each Class Member's estimated proportionate share of the Net
20  Settlement Amount.
21  WHEREAS, the Parties further agree to modify the Preliminary Approval Order to continue all
22  such deadlines by two-weeks to accommodate for the two-week continuance of the Notice Packet
23  dissemination deadline.
24  **The Parties hereby stipulate that the Preliminary Approval Order shall be modified as**
25  **follows:**
26  The deadline for the Claims Administrator to disseminate the Notice Packet to each Class
27  Member shall be continued from March 25, 2013 to April 8, 2013.  All other deadlines, which are
28  based upon the date of initial mailing of the Notice Packet, shall be based upon the new mailing date

of the Notice Packet.

The deadline for Class Counsel to file its motion for attorneys' fees and costs, and Class Representatives' applications for Enhancement Payments shall be continued from May 13, 2013 to May 27, 2013.

The deadline for Class Counsel to file their papers in support of final approval of the settlement shall be continued from May 13, 2013 to May 27, 2013.

The deadline for Class Members to file any opposition to the settlement itself, counsel's motion for attorney's fees and costs, or Class Representatives' applications for Enhancement Payment awards shall be continued from May 27, 2013 to June 10, 2013.

The deadline to file any reply to the opposition to the settlement itself, counsel's motion for attorneys' fees and costs, or Class Representatives' applications for Enhancement Payment awards shall be continued from June 3, 2013 to June 17, 2013.

The Final Approval and Fairness Hearing shall be continued from June 17, 2013 to July 1, 2013.

All other orders within the Preliminary Approval Order shall remain the same.

DATED:  March 25, 2013            LAW OFFICES OF PETER M. HART

                                  By: /s/ Peter M. Hart_____
                                      Peter M. Hart
                                      Attorney for Plaintiffs


DATED:  March 25, 2013            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                  By: /s/Thomas McInerney_____
                                      Thomas McInerney
                                      Gregory C. Cheng
                                      Attorneys for Defendant FEDEX OFFICE AND PRINT SERVICES, INC

Good cause hereby appearing, IT IS SO ORDERED.

The deadline for the Claims Administrator to disseminate the Notice Packet to each Class Member shall be continued from March 25, 2013 to April 8, 2013. All other deadlines, which are based upon the date of initial mailing of the Notice Packet, shall be based upon the new mailing date of the Notice Packet.

The deadline for Class Counsel to file its motion for attorneys' fees and costs, and Class Representatives' applications for Enhancement Payments shall be continued from May 13, 2013 to May 27, 2013.

The deadline for Class Counsel to file their papers in support of final approval of the settlement shall be continued from May 13, 2013 to May 27, 2013.

The deadline for Class Members to file any opposition to the settlement itself, counsel's motion for attorney's fees and costs, or Class Representatives' applications for Enhancement Payment awards shall be continued from May 27, 2013 to June 10, 2013.

The deadline to file any reply to the opposition to the settlement itself, counsel's motion for attorneys' fees and costs, or Class Representatives' applications for Enhancement Payment awards shall be continued from June 3, 2013 to June 17, 2013.

The Final Approval and Fairness Hearing shall be continued from June 17, 2013 to July 1, 2013.

All other orders within the Preliminary Approval Order shall remain the same.

DATED: March 25, 2013          By: _____
                                    Hon. Thelton E. Henderson
                                    The United States District Court

                                    for Judge Thelton E. Henderson

*[Seal: United States District Court, Northern District of California — signed Susan Illston, Judge Susan Illston]*

14644357.1